# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION FOR SERVICE OF JUDICIAL DOCUMENTS<br><br>CONSULATE OF MEXICO, FRESNO,<br><br>    Movant. | 1: MC- 05-0043 DLB<br><br>ORDER GRANTING MOTION FOR EXCEPTION TO ELECTRIC FILING OF DOCUMENTS<br>[DOC #1] |

GOOD CAUSE APPEARING THEREFORE:

It is HEREBY ORDERED that the Motion for Exception to Electronic Filing of Documents, L.R. 5-133(b)(3) is GRANTED.

IT IS SO ORDERED.

   **Dated:   November 28, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE