# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CONSUL OF MEXICO, MARTHA ELVIA ROSAS RODRIGUEZ,<br><br>Petitioner. | ) 1:05mc0043 DLB<br>)<br>)<br>)<br>) ORDER GRANTING PETITION FOR<br>) SERVICE ABROAD OF JUDICIAL<br>) DOCUMENTS<br>)<br>) (Document 4)<br>)<br>)<br>) |

On December 6, 2005, Petitioner Martha Elvia Rosas Rodriguez filed a petition for service abroad of judicial documents. Through the Consul of Mexico, and pursuant to 28 U.S.C. § 1781(b)(1), the Hague Service Convention, Federal Rule of Civil Procedure 4, and Local Rule 72-302(c)(2), Petitioner requests that certain documents be served on Anthony Vineyards, Inc., 5512 Valpredo Avenue, Bakersfield, California. Petitioner requests service by an Officer of the Mexican Consulate located in Fresno, California.

The petition is GRANTED. An Officer of the Mexican Consulate in Fresno, California, is authorized to serve the following documents on Anthony Vineyards, Inc., at the above address:

1. Convocatoria;

2. Convocation;

3. Expediente Number: 6-254/1998

    Ruben C. Castillo—
        vs.
    Sol Y Arenas Anthony, S. D. R.L.
    De C.V. Y Otros;

1

1    4.   Number Document: 6-254/1998

2         Ruben C. Castillo—
             vs.
3         "Sol Y Arenas and Anthony, S.D.R.L.
          De C.V. and Others—

IT IS SO ORDERED.

**Dated:   December 13, 2005**               **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE

2